IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TITO E. MERRERO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-cv-02166-K (BT) |
| | § | |
| FARMERS BRANCH | § | |
| PROSECUTORS, et al., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's construed Objections (Doc. 6) (Motion for Notice on Decision to Proceed Indigent of Pay the Fee), are **OVERRULED**. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 4) is **DENIED**. Plaintiff is **ORDERED** to pay the $405.00 filing fee by (30 days from date or order) or his case will be dismissed under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Signed September 18th, 2024.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**