IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TITO E. MARRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-02166-K-BT |
| | § | |
| FARMERS BRANCH | § | |
| PROSECUTORS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 11, 2025. (ECF No. 34). Plaintiff filed an Affidavit of Disqualification on May 14, 2025 (ECF. No. 37), which the Court treats as Objections. The District Judge has made a *de novo* review of the relevant portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are **OVERRULED**. Alternatively, Plaintiff's Affidavit of Disqualification, treated as a Motion to Recuse is **DENIED**. Therefore, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**Signed May 27th, 2025.**

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE